Frederick F. Searing and Others, Respondents, v. George A. Lee and Charles Harris, Appellants, Impleaded with Dudley Phelps and Others.— Judgment affirmed, with costs. No opinion.

Patrick J. Allen, as Administrator, etc., of Thomas Allen, Deceased, Respondent, v. Knights of Columbus, Appellant.— Judgment and order affirmed, with costs. No opinion.

The John J. Hart Company, Appellant, v. The City of New York, Respondent. — Judgment affirmed, with costs. No opinion.

Jules P. Storm, Respondent, v. D. Phœnix Ingraham, Appellant.— Determination affirmed, with costs. No opinion.

Mark M. Nicholls, Appellant, v. Ruth A. Wallace, Respondent. (No. 1.) — Order affirmed, with costs and disbursements. No opinion.

James F. Byrnes, as Administrator, etc., of Peter Byrnes, Deceased, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant. — Judgment and order reversed, new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $5,000, in which event judgment as so modified and order affirmed, without costs. No opinion. (Scott, J., dissenting and voting for reversal.) Settle order on notice.

Adolph Baumann, Respondent, v. Lippman Tannenbaum, Appellant.— Judgment affirmed, with costs, on 125 Appellate Division, 770.

Thomas W. Dinkins, Appellant, v. L. Lawrence Weber and Edward F. Rush, Respondents.— Judgment affirmed, with costs. No opinion.

Francis W. McKinney, Respondent, v. J. de Courcy Ireland and John B. Ireland, Appellants.— Judgment and order affirmed, with costs. No opinion.

Ulysses B. Brewster and William J. Brewster, as Coadministrators of the Goods, Chattels and Credits Left Unadministered of Frederick Gillette Brewster, Deceased, Suing on Behalf of the Estate of Said Frederick Gillette Brewster Deceased, and Other Stockholders, Respondents, v. The F. G. Brewster Company and Others, Impleaded with Emma Golder, Appellant.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and answer on payment of costs. No opinion.